PRICE MEESE SHULMAN & D'ARMINIO, P.C.
50 Tice Boulevard
Woodcliff Lake, NJ 07677
(201) 391-3737
dkowal@pricemeese.com
*Counsel for Defendant*
*Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YAAKOV CINNER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; CAPITAL ONE BANK, N.A.,<br><br>Defendants. | **Civil No. 3:23-3696**<br><br>**Judge**<br>**Magistrate Judge** |

**EXPERIAN INFORMATION SOLUTIONS INC.'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Experian Information Solutions, Inc. ("Experian") hereby removes the subject action from the Superior Court of New Jersey, Ocean County, Law Division, to the United States District Court for the District of New Jersey, Trenton Vicinage, on the following grounds:

1. On or about July 5, 2023, Experian was served with a Summons and Complaint filed by Plaintiff Yaakov Cinner in the Ocean County Superior Court, Law Division, Docket No. OCN-L-1544-23. Copies of the Summons and Complaint are attached hereto as Exhibit **A.** No other process, pleadings or orders have been served on Experian.

2. Plaintiff is a "consumer" and Experian is a "consumer reporting agency" as those terms are defined by the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq*. (the "FCRA"). Plaintiff makes claims under and alleges that Experian violated the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq*. *See generally* Complaint.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which therefore supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Superior Court New Jersey, Law Division, Ocean County to the United States District Court for the District of New Jersey.

5. Counsel for Experian has confirmed with the Ocean County Superior Court , Law Division, New Jersey, that no attorney for any other named Defendant has appeared on record and further that there is no document or filing suggesting any other Defendant has been served.  and to the best of Experian's knowledge, no other named Defendant in this matter has been served as of the date and time of this Notice of Removal.

6. Notice of this removal will promptly be filed with the Ocean County Superior Court, Law Division, and served upon all adverse parties.

7. In filing this Notice of Removal, Experian does not waive any defenses which may be available to it, including, but not limited to, sufficiency of service of process and personal jurisdiction.

WHEREFORE, Defendant Experian Information Solutions, Inc. by counsel, removes the subject action from the Ocean County Superior Court of New Jersey, Law Division to this United States District Court, District of New Jersey.

Dated: July 11, 2023                                             Respectfully submitted,


                                                                 */s/ Dorothy A. Kowal*
                                                                 Dorothy A. Kowal
                                                                 Price Meese Shulman & D'Arminio, PC
                                                                 50 Tice Boulevard
                                                                 Woodcliff Lake, NJ  07677
                                                                 201-391-3737
                                                                 dkowal@pricemeese.com

                                                                 Counsel for Defendant
                                                                 Experian Information Solutions, Inc.

## CERTIFICATION OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing Notice of Removal with the Clerk of the Court by using the CM/ECF system.  A true copy of the foregoing is being served on Plaintiff 's counsel, via Email, properly addressed as follows:

Daniel Zemel, Esq.
Zemel Law LLC
660 Broadway
Paterson, NJ 07504
dz@zemellawllc.com

Dated: July 11, 2023                                */s/ Dorothy A. Kowal*
                                                                  Dorothy A. Kowal
                                                                  Price Meese Shulman & D'Arminio, PC
                                                                  50 Tice Boulevard
                                                                  Woodcliff Lake, NJ  07677
                                                                  201-391-3737
                                                                  dkowal@pricemeese.com

                                                                  Counsel for Defendant
                                                                  Experian Information Solutions, Inc.